PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SAOIRSE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-01327-CKD<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from November 13, 2023 to December 13, 2023.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response.  Counsel for Defendant had to take some personal leave last week to provide child care

coverage for his child due to illness and now Counsel is out of the office on leave due to illness. Counsel also has a few merit briefs currently due in district court cases next week. Counsel for Defendant also plans to be out of the office on scheduled leave from 11/20/2023 until 11/24/2023. Thus unexpected and scheduled leave have compounded issues related to an already increased workload resulting in various competing deadlines. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. Given this situation an extension until December 13, 2023 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff is handling. Counsel apologizes to the Court for any inconvenience caused by this delay and does not anticipate the need for any further extensions. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: November 13, 2023            By:    *s/ Oscar Gonzalez de Llano*
                                          OSCAR GONZALEZ DE LLANO
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: November 13, 2023            By: *s/ Lawrence D. Rohlfing*   *
                                          Lawrence D. Rohlfing
                                          Law Offices of Lawrence D. Rohlfing, Inc., CPC
                                          (*as authorized by email)

## ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that the motion to extend time (ECF No. 14) is GRANTED. Defendant shall have an extension, up to and including December 13, 2023, to respond to Plaintiff's Motion for Summary Judgment.

Dated: November 14, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE